**FORM A**

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
JAN 26 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

James Mallory a.k.a. Sadiq Al-Rahman Muhhamad
Maxine Mallory
Roberta Denise Young
(Full name of the Plaintiff(s) in this action)

v.        CIVIL ACTION NO. **3:24CV-67-JHM**
              (To be supplied by the clerk)

Angela Ellerman (Public defender)
Dan Goyette (Former Head Cheif Public Defender)
Leslie Meurer (Investigator)    ( ✓ ) DEMAND FOR JURY TRIAL
Thomas B. Wine (Commonwealth Attorney)    (  ) NO JURY TRIAL DEMAND
Ryanne Conroy (Assistant Commonwealth Attorney)       (Check only one)
(Full name of the Defendant(s) in this action)

I.   PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: James Mallory #145128

Place of Confinement: Lil Sandy Correctional Complex

Address: 505 Prison Connector Sandy Hook, Ky 41171

Status of Plaintiff: CONVICTED ( ✓ )   PRETRIAL DETAINEE (  )

(2) Name of Plaintiff: Maxine Mallory

Place of Confinement: N/A

Address: 3314 Renwood Blvd. Apt 204 Louisville, Ky 40214

Status of Plaintiff: CONVICTED (N/A)    PRETRIAL DETAINEE (N/A)

(3) Name of Plaintiff: Roberta Denise Young

Place of Confinement: N/A

Address: 3429 Cathe Dykstra Way Apt. 301 Louisville, Ky 40216

Status of Plaintiff: CONVICTED (N/A)    PRETRIAL DETAINEE (N/A)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant ANGela Ellerman is employed as Public Defender at Public Defender Office.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant Dan Goyette is employed as Chief Public Defender at Public Defender Office.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant Leslie Meurer is employed as Investigator at Public Defender Office.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant Thomas B. Wine is employed as Commonwealth Attorney at Commonwealth Office.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(5) Defendant **RYANNE CONROY** is employed as **ASSISTANT COMMONWEALTH ATTORNEY** at **COMMONWEALTH OFFICE**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____N/A_____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Angela Ellerman, Dan Goyette, Leslie Meurer, with the illegal scheme told vivid evidence "shell casing" in a capital case of a homocide around June 12, 2012 and hide them in the public defender office that was concealed there from a crime scene for 6 years until by a slip up it was discover they had kept them in the confines of their office all those years. While James Mallory innocent of the actual murder awaited a death penalty trial for nearly 9 1/2 years facing death penalty... Because of these tactics its cause James Mallory 2 have been incarcerated for 11 years in 9 months illegally for the foul play that these individuals displayed... Futher all the above defendants lied for 9 1/2 years continuely to cover this scheme up to receive as (co-hoost) in order to cause trump charges to be brought upon James Mallory knowing he wasnt the individual who had those shell casing nor hid them in a treestump when all alone the whole time Angela Ellerman client fingers prints was the ones that was on the shells casing but was covered up nearly 8 1/2 years that the fingers prints was indeed Angela Elleman chents and not James Mallorys... Numerous years all the above people lied in the courts in acted as if they did nothing out of the scope of their jobs when in all actuality that was far from the truth... However Tom Wine, in Ryanne Conroy as assistant commonwealth attorneys in commonwealth attorney both look the other way in allowed this to go on for 9 1/2 years without correcting these faults are indicting these individuals for indeed braking the laws of the Kentucky constitutional literally in tampering with crucial evidence that literely could've vindicated James Mallory from being illegally detain facing the death penalty in literally could've been put to death for these schemes in tactics that was displayed for almost a whole decade... Numerous years both Tom Wine and Ryanne Conroy could've fix this gross situation but instead of being law abiding citizens in doing what was their jobs to protect in serve society sector they both done the complete opposit of what was require of them to do by law... These tacits has caused James Mallory Maxine Mallory Roberta Young to receive cruel unusal punishment, pain in suffering having to take mental health medications, receive therapy in go through masive surgeries being diagonis with (cancer) hypertension, leaking vile in the heart in heart problems amongst other things that can be proven in (verified)....

4

### III. STATEMENT OF CLAIM(S) continued

These issues have been very damaging to all (3) plaintiff lifes to where its caused strain relationships amongst them Maxine Mallory being James Mallory (mother), in Roberta Young being James Mallory (child's) parent which has caused James Mallory to miss his (son) Robert James entire life confine behind bars unable to help raise his (son)... Further currently Robert Young has (3 stage cancer) thats taking a major toll on her mental as well as physical state... Maxine Mallory has a major heart failure issue in a leaking vile in her heart has suffer numerous surgeries and is a 62 year old woman without having her only son in her life... James Mallory has had several surgeries from having a lipoma cut out of his neck to colon surgeries as well as being hit with locks in prison stab by inmates hurt by officers in prison serving 8 plus years, in isolation seg being dehumanize in separated from all of his love ones... These issues are all because the above defendents tamper with evidence, conceal evidence, committed fraud, as well as allowed these tactics to go on for over an entire decade... To see a fault being done in you do nothing to fix it then you too become a silent partner to that continuance... All along the most damaging issue of it (all) is that these people knew that this was illegal by being officers of the law receiving law degrees in taking law classes in college to indeed no these tactics wasnt ethical under no circumstances whatsoever... These truths must be recognize in something be done in punitive in monetary damages be compensated... It has been almost an entire (12) years these tactics has took place. Mr. Doctor Martin Luther King JR said a long time ago injustice anywhere kills justice sought everywhere, in to see a fault being done you refuse to speak the truth is the day you indeed begin to die...

I'm concluding this 1983 by saying I have undeniable evidence to back up each in every single last one of these claims in something needs to be done the hands of time is continue to keep on ticking while injustices are continue to be displayed all I request asking is (we) receive simple justice as plaintiffs in this vivid 1983 thats been assembly through rights achieve by Mr. Martin Luther King JR. Rosa Parks, and the late great Adam Clayton Powell JR. Malcom X....

5

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ (15,000,000.00) Million (15)

__✓__ grant injunctive relief by (12,000,000.00) Million (12)

__✓__ award punitive damages in the amount of $ (10,000,000.00) Million (10)

__✓__ other: All Exspenses be Paid for Doctors Bills, Counsling, Fees caused Due to Massive Incarceration, school exspenses,

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 22 day of January, 2024.

_James Mallory_
(Signature of Plaintiff)

_Maxine Mallory_
(Signature of additional Plaintiff)

_Roberta Young_
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on January 22, 2024.

_James Mallory_
(Signature)

6

Mr. James Mallory #145128
L.S.C.C. (SMU E-2)
505 Prison Connector
Sandy Hook, Ky 41171

Gene Snyder United States Courthouse
601 W. Broadway, (Room 106)
Louisville, Ky 40202

FILED
JAMES J. VILT, JR. - CLERK
JAN 26 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

($Legal Mail $) $ Do Not Tamper With $

Mailed Out: 1/22/2024