UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**MAXINE MALLORY AND
ROBERTA DENISE YOUNG**                                                   **PLAINTIFFS**

**v.**                                                           **CIVIL ACTION NO. 3:24CV-067-JHM**

**ANGELA ELLERMAN,** *et al.*                                              **DEFENDANTS**

## ORDER

For the reasons set forth in the separate Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with an Order of this Court.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: March 28, 2024

*[signature]*
Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:   Plaintiffs, *pro se*
4414.014